Form 704-8A
Rev. 1/05

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA

In re:                                        )
                                              )
DAILY GRIND UNWIND, INC.                      )       Case No. 09-51290 RWK
                                              )
                                              )
            Debtor(s)                         )       Chapter 7
                                              )

**TRANSMITTAL OF UNCLAIMED FUNDS BY THE DEBTOR**

Comes now the undersigned trustee and reports as follows:

1. Funds payable to the Debtor in the amount of $48.56 have been unclaimed by the Debtor, and the check has been returned to the Trustee by Debtor's attorney. The bank on which these checks are drawn has been instructed to stop payment on said check.

2. The trustee's check[1] payable to the Clerk, U.S. Bankruptcy Court, for the unclaimed funds is attached hereto with the request that such funds be deposited in the U.S. Treasury, or the local Registry Account.

3. The Debtor's last known address is: Daily Grind Unwind, Inc., 307 South Loudoun Street, Winchester, VA 22601.

9/13/2010                                           /s/ W. Stephen Scott

Dated: _____            _____
                                         W. STEPHEN SCOTT, TRUSTEE
                                         P. O. BOX 2737, 418 E. WATER STREET
                                         CHARLOTTESVILLE, VA 22902
                                         (434) 296-2161

---

[1] A separate check payable to the Clerk must be issued for unclaimed dividends less than $25.00 per creditor, which is payable directly to the U.S. Treasury. For those over $25.00 per creditor, a separate check is required which is deposited to the local Registry Account.